UNITED STATES COURT OF APPEALS
THIRD CIRCUIT
_____

No. 13-3592
_____

UNITED STATES OF AMERICA

v.

MAURICE PHILLIPS,
                                        Appellant
_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Crim. No. 2-07-cr-00549-001)
District Judge: Hon. J. Curtis Joyner
_____

Submitted Pursuant to Third Circuit LAR 34.1 (a)
(July 22, 2014)
_____

BEFORE: McKEE, *Chief Judge*, CHAGARES, *Circuit Judge*, and THOMPSON,
*District Judge*.*

_____

JUDGMENT ORDER
_____

After considering the contentions raised by appellant, to-wit, that the District

Court erred abused its discretion in denying Appellant's emergency motion to stay

enforcement of the court's preliminary order of forfeiture for substitute asset.

------------------------

* The Honorable Anne E. Thompson, Senior District Judge of New Jersey, sitting by
designation.

On consideration whereof and in light of our disposition of *United States v. Phillips*, 589 F. App'x 64 (3d Cir. 2014) *cert. denied*, 135 S. Ct. 2911 (2015), it is now here ORDERED AND ADJUDGED by this Court that the judgment of the said District Court entered July 25, 2013, be, and the same is hereby affirmed.

By the Court,

s/Theodore A. McKee
Circuit Judge

Attest:

s/Marcia M. Waldron
Clerk

Dated: January 26, 2016